UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **Tracy Wang**, | Civil Case No. 3:12-CV-01858-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **1020 SW 170th Ave. #200, 203 Beaverton, OR**, | |
| Defendants. | |

    Tracy Wang
    16055 SW Walker Rd. 182
    Beaverton, OR 97006

        *Pro Se* Plaintiff

Page 1 - JUDGMENT

KING, Judge:

Based on the record, this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this      20th      day of November, 2012.

                                                  /s/ Garr M. King  
                                                Garr M. King  
                                                United States District Judge